Form 154 – ntcabn72

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

---

In Re:   Eric R Teel  
SSN:    xxx–xx–9871  
EIN:  
ADDRESS: 35 Blue Jay Drive  
   Clementon, NJ 08021

Case No:   04–30915–JHW  
Chapter:   7  
Judge:    Judith H. Wizmur

Debtor(s)

---

## NOTICE OF PROPOSED ABANDONMENT

Joseph Marchand, Trustee for the above–captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.

If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than September 7, 2004.

In the event an objection is timely filed, a hearing will be held before the Honorable Judith H. Wizmur on

DATE:   September 20, 2004  
TIME:   10:00 a.m.  
COURTROOM:   4B

If no objection is filed with the Clerk and served upon the Trustee on or before September 7, 2004, the abandonment will take effect on the fifth day following the last day to file objections.

---

The description of the property to be abandoned is as follows:  
35 Blue Jay Drive  
Clementon, NJ

FMV: $117,000.00

The liens on the property to be abandoned are as follows (including amount claimed due):  
Navy Federal Credit  
$79,703.00

Home Eq  
$13,285.00

The amount of equity claimed as exempt by the debtor is:  
$17,425.00

---

Request for additional information about the property to be abandoned should be directed to the

Trustee at:
Joseph Marchand
117–119 West Broad St.
PO Box 298
Bridgeton, NJ 08302
(856) 451–7600

    or the trustee's attorney (if applicable) at:

Dated: August 18, 2004
JJW:

                                            James J. Waldron
                                            Clerk

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

15-JHW   Doc 5   Filed 08/20/04   Entered 08/21/04 02:52:47   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0312-1           User: hhopkins              Page 1 of 1              Date Rcvd: Aug 18, 2004
Case: 04-30915                 Form ID: 154                Total Served: 21

The following entities were served by first class mail on Aug 20, 2004.
db         +Eric R Teel,    35 Blue Jay Drive,    Clementon, NJ 08021-5624
aty        +Ellen M. McDowell,    McDowell Riga,    46 W. Main Street,    PO Box 127,    Maple Shade, NJ 08052-0127
tr         +Joseph Marchand,    117-119 West Broad St.,    PO Box 298,    Bridgeton, NJ 08302-0228
smg         U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
506047108 +American Express,    P.O. Box 7871,    Ft.,    Lauderdale, FL 33068
506047109  Camden County District Court,    5th and Mickle Blvd.,    Camden, NJ 08103
506047110 +Chase,    100 Duffy Avenue,    Hicksville, NY 11801-3699
506047111 +Citi,    PO Box 6500,    Sioux Falls, SD 57117-6500
506047113 +Home Equity Servicing Corp.,    1100 Corporate Center,    Raleigh, NC 27607-5066
506047114 +HomeQ,    PO Box 997126,    Sacramento, CA 95899-7126
506047115 +Household Bank,    PO Box 746,    Wood Dale, IL 60191-0746
506047116 +MBNA America Bank,    400 Christiana Road,    Newark, DE 19702-3208
506047117 +Navy Federal Credit Union,    35 Blue Jay Drive,    Clementon, NJ 08021-5624
506047118 +PHEAA,    660 Boas St.,    Harrisburg, PA 17102-1324
506047120 +PSECU,    Penns. State Employee,    PO Box 67013,    Harrisburg, PA 17106-7013
506047119  Philadelphia County DRS,    34 11th St., Room 304,    Philadelphia, PA 1910
506047122 +University of Phoenix,    4615 E. Elwood St., F,    Phoenix, AZ 85040-1908
506047124 +WFNNB/Structure,    PO Box 330064,    Northglenn, CO 80233-8064

The following entities were served by electronic transmission on Aug 19, 2004 and receipt of the transmission
was confirmed on:
506047112 +E-mail: mrdiscen@discoverfinancial.com Aug 19 2004 03:43:26     Discover Financial Services,
             PO Box 15316,    Wilmington, DE 19850-5316
506047123 +E-mail: bankruptcyverizonwireless@afninet.com Aug 19 2004 03:42:37     Verizon Wireless,
             250 James St.,    Morristown, NJ 07960-6410
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
506047121   SLMS/Carteret
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 20, 2004**            **Signature:** _Joseph Speetjens_